FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 29 PM 3: 57

Parry Grover
Karmyn Olmstead
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
907-257-5300, telephone
907-257-5399, facsimile

Attorneys for Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM BRENNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A04-0148 CV (JWS) |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | STATUS REPORT AND |
| Defendant. ) | STIPULATION FOR EXTENSION |
| ) | OF TIME |

Plaintiff William Brenner ("Brenner") and defendant Wal-Mart Stores, Inc. ("Wal-Mart"), through their undersigned counsel of record, make the following status report, stipulate to an extension of certain deadlines in this case, and request entry of an order extending those deadlines:

A.  **STATUS REPORT**

1.  The law firm of Davis Wright Tremaine LLP substituted as counsel of record for Wal-Mart in late July, 2005 (Docket No. 10). Because discovery and other deadlines were then close at hand, the parties stipulated to a

brief extension of time, and the court entered an order extending the discovery deadline to November 28, 2005 (Docket No. 12). Since then, the parties have engaged in discovery focused primarily on establishing a sufficient factual basis for settlement of this case. The case has not settled yet. Plaintiff Brenner has an outstanding settlement offer which is still under consideration by defendant Wal-Mart. Other discovery is pending.

   2. Both parties anticipate that on-going efforts to settle this case have a reasonable likelihood of success. If the case is not settled by early 2006, however, the parties also recognize that it will be necessary to make additional discovery so that this case is amendable to dispositive motions and/or is fully prepared for trial. No trial date has been set for this case.

  B. STIPULATION FOR EXTENSION OF TIME

   1. For the foregoing reasons, the undersigned parties stipulate to the following pre-trial deadlines and respectfully request that the court enter an order approving same:

| Description | New Deadline |
| --- | --- |
| Final Lay and Expert Witness Lists | 03/03/06 |
| Close of Discovery | 05/31/06 |
| Dispositive Motions | 06/30/06 |

STATUS REPORT AND STIPULATION- 2
86157v1 31150-93

DATED this 28th day of November, 2005.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Wal-Mart Stores, Inc.

By: /s/ Parry Grover
Parry Grover
Alaska Bar No. 8006020

DATED this 28th day of November, 2005.

LEE HOLEN LAW OFFICE
Attorneys for William Prenner

By: /s/ Lee Holen
Lee Holen
Alaska Bar No. 7810071

**FILED DEC 0 5 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy**

ORDER

IT IS SO ORDERED. No further extensions of time are likely to be approved!

DATED this 30th day of Nov., 2005.

/s/
The Honorable John W. Sedwick
United States District Court Judge

A04-0148--CV (JWS)    12-5-05
-----------------------------------
M. HOLEN
P. GROVER (DAVIS)

STATUS REPORT AND STIPULATION- 3
86157v1 31150-93