Lee Holen, Esq.
608 W. 4th Avenue, Suite 21
Anchorage, Alaska 99501
(907) 278-0298 (ph)
(907) 278-0247 (fax)
leeholen@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM BRENNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A04-0148 CV (JWS) |

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff does not intend to call an expert witness at the trial of this matter. However, he may designate a rebuttal expert if Defendant chooses to use experts. See Plaintiff's Final Witness List dated September 28, 2005, as well.

DATED this 2nd day of March, 2006.

        s/    Lee Holen
        Lee Holen Law Office
        608 W. 4th Avenue, Suite 21
        Anchorage, Alaska 99501
        Phone: (907) 278-0298
        Fax: (907) 278-0247
        E-mail: leeholen@gci.net
        Alaska Bar No. 7810071

**Lee Holen Law Office**
608 West Fourth Avenue, Suite 21
Anchorage, Alaska 99501
Tel. (907) 278-0298 - Fax (907) 278-0247
E-Mail: leeholen@gci.net

<u>Certificate of Service</u>

I hereby certify that on March 2, 2006, a copy of the foregoing document was served electronically on Parry E. Grover, Esq., Attorney for Defendant

s/     Lee Holen

**Lee Holen Law Office**
**608 West Fourth Avenue, Suite 21**
**Anchorage, Alaska 99501**
**Tel. (907) 278-0298 - Fax (907) 278-0247**
**E-Mail: leeholen@gci.net**