Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM BRENNER,            )<br>)<br>Plaintiff,         )<br>)<br>vs.               )<br>)<br>WAL-MART STORES, INC.,      )<br>)<br>Defendant.        )<br>_____) | Case No. 3:04-cv-00148-JWS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW each of the parties to the above-captioned action, through their undersigned counsel of record, and stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees except as provided in their settlement agreement.  This stipulation is based upon a written settlement agreement under which all claims asserted in this action, or which might have been asserted herein, have been settled.

DATED this 17th day of May, 2006.

        s/ Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
Phone:  907-257-5300
Fax:  907-257-5399
Email:  parrygrover@dwt.com
Alaska Bar No. 8006020

        s/ Lee Holen (consent)
LEE HOLEN LAW OFFICE
608 W 4th Avenue, Suite 21
Anchorage, Alaska 99501
Phone:  907-278-0298
Fax:  907-278-0247
Email:  leeholen@gci.net
Alaska Bar No. 7810071

STIPULATION FOR DISMISSAL WITH - 2
PREJUDICE

ANC 88811v1 31150-93