Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM BRENNER, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>    Defendant. )<br>_____ ) | Case No. 3:04-cv-00148-JWS<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties have stipulated to dismissal with prejudice each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE,

IT IS SO ORDERED.

DONE this _____ day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge